FILED 23 SEP '25 10:17 USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Oregon

_____ Division

| | | |
|---|---|---|
| Mohammad A. Halloum, a former employee of defendant's business | ) ) ) | Case No.     6:25-cv-01704-AA |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* [ ] Yes [✔]No |
| -v- | ) ) | |
| 60's DINER AND RESTAURANT LLC, an Oregon business,  and DAVID EMAMI, an individual with assets and holdings related to the case | ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

####   A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mohammad A. Halloum |
| Street Address | General Delivery |
| City and County | Lincoln City, Lincoln County |
| State and Zip Code | Oregon, 97367 |
| Telephone Number | (480) 781-1882 |
| E-mail Address | theeastcoastmoe@gmail.com |

####   B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known).*  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Diana Emami |
| Job or Title *(if known)* | Registered Agent, Wife |
| Street Address | 18840 SW BOONES FERRY RD, SUITE 216, TUALATIN, OR, 970 |
| City and County | Tualatin, Washington County |
| State and Zip Code | Oregon, 97062 |
| Telephone Number | (503) 557-3350 |
| E-mail Address *(if known)* | Info@barringtonpdx.com |

Defendant No. 2

| | |
|---|---|
| Name | David Emami |
| Job or Title *(if known)* | Owner, Husband |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Barrington Management |
| Job or Title *(if known)* | Business |
| Street Address | 18840 SW Boones Ferry Rd, Suite #216 |
| City and County | Tualatin, Washington County |
| State and Zip Code | Oregon, 97062 |
| Telephone Number | (503) 557-3350 |
| E-mail Address *(if known)* | Info@barringtonpdx.com |

Defendant No. 4

| | |
|---|---|
| Name | 60's Diner and Cafe |
| Job or Title *(if known)* | Business |
| Street Address | 4157 NW Highway 101 |
| City and County | Lincoln City, Lincoln County |
| State and Zip Code | Oregon, 97367 |
| Telephone Number | (541) 996-6898 |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 12203- Prohibition against retaliation and coercion
42 U.S. Code § 3631- Criminal Interference with right to fair housing

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  Mohammad A. Halloum                , is a citizen of the State of *(name)*  Oregon                          .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*  -                          , is incorporated under the laws of the State of *(name)*     -                          , and has its principal place of business in the State of *(name)*

-                          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*  David Emami                , is a citizen of the State of *(name)*  Oregon                . Or is a citizen of *(foreign nation)*                          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* 60's Diner and Restaurant LLC ___ _ , is incorporated under

the laws of the State of *(name)* Oregon ___ ___ _ , and has its

principal place of business in the State of *(name)* Oregon ___ _ _ _ .

Or is incorporated under the laws of *(foreign nation)* _ ___ _ _ ,

and has its principal place of business in *(name)* _ _ _ _ _ _ _ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount of money sought for damages is $10,060,000. This amount is sought as a justifiable stake of claim as the business owners, coordinated to ensure that the business and the business staff and even customers engage in a mob of discrimination and abuse specifically set out to ensure that I not have money and that I not have housing. This was a very premeditated effort and the abusers even wore face masks and disguises to carry it out. _ _

**III.   Statement of Claim**   Continued in Attatchment: Exhibit A.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was hired and I performed an excellent job as a server at my job. Within the span of just three work days of my employment. I certainly set-up for failure by the defendant owners. This was masked with plausible deniability and devious cover ups. I was treated very unfavorably compared to other employees. I reported discrimination and racism and even unsafe food practices multiple times as it was preventing me from doing my job. My reports were intentionally ignored by text message, phone, and in person. I was summarily fired in an admitted cover up. I was blatantly insulted for my irrelevant housing circumstances in the process of my termination. I was wrongfully terminated by these abusers who so obviously plotted a series of efforts to distort my ability to perform in the _ _

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages: Economic Damages- $40,000 I was promised a job and was maliciously robbed of the opportunity. I was intentionally robbed of my last leg of finances by my need to file this lawsuit and spend weeks and months of my life tending to the issue at hand. They mocked my housing circumstances when terminating me. I have not been able to continue medical treatment because of the financial handicap $20,000.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defamation- I have not been able to find work in town specifically because my employer portrays me as a bad employee $1,000,000. Pain and Suffering- I have had to deal with a lot at work and relive the abuse multiple times in my filings $1,000,000. Emotional Distress- I have had a very hard time being abused on and off the job by them continuing to harass me and follow me $1,000,000. Disfigurement- My inability to seek medical treatment due to my finances being intentionally severed has resulted in scarring of my face $1,000,000. Loss of enjoyment of life- I have had a very hard time living in the past weeks because of the abuse I have endured $2,000,000. Punitive Damages - $4,000,000. David Emami treated me -a low wage employee- like garbage because he felt that he could get away with it. He has done so in the past: O3:13-cv-00728-HZ

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           09/17/2025

Signature of Plaintiff      /S/ Mohammad A. Halloum

Printed Name of Plaintiff   Mohammad A. Halloum

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Exibit A

**Brief**

On 29 August, 2025, I was hired at a restaurant in Lincoln City, Oregon named the 60's Cafe and Diner. I performed an excellent job as a server in the following three work days of my employment. I was absolutely unequivocally set up for failure by the actions of individuals who discriminated against me and put forward a decisive effort to rob me of opportunity. This devious behavior of the business's employees and owner was combined with an effort of a veil of plausible deniability. I was wrongfully terminated by these abusers who so obviously plotted a series of efforts to distort my ability to perform in the workplace. This was carried out to substantiate an excuse to wrongfully terminate me while posing the fault as my own. The malicious marginalization and proverbial lynching was carried out with open air atmosphere of disdain for me. The discriminatory treatment and atmosphere included ignoring me, blaming me for their actions, and even refusing to allow me to do my job. I was very competent and capable of doing my job while also immediately training other new hires within a day. The manager let me care for the restaurant on my own as they left for hours just three days into my being hired as a server. My objectively detailed journaling of the events that have transpired involves the manager inviting me to a job interview, premeditatively setting me up for failure on-the-job, my record of successfully performing no matter the circumstances, and a subsequent immediate termination that followed.

I was hired and I performed an excellent job as a server at my job. Within the span of just three work days of my employment. I certainly set-up for failure by the defendant owners. This was masked with plausible deniability and devious cover ups. I was wrongfully terminated by these abusers who so obviously plotted a series of efforts to distort my ability to perform in the workplace. This was carried out to substantiate an excuse to wrongfully terminate me while posing the fault as my own. The malicious marginalization and proverbial lynching was carried out with open air atmosphere of disdain for me. The discriminatory treatment and atmosphere included ignoring me, blaming me for their actions, and even refusing to allow me to do my job. I was very competent and capable of doing my job while also immediately training other new hires within a day. The manager let me care for the restaurant on my own as they left for hours just three days into my being hired as a server. My objectively detailed journaling of the events that have transpired involves the manager inviting me to a job interview, premeditatively setting me up for failure on-the-job, my record of successfully performing no matter the circumstances, and a subsequent immediate termination that followed.

**Timeline**

**8/29/2025**

On August 29th, 2025, I was doing my laundry next door to the 60's Cafe and Diner. That laundromat houses the office that Cassandra uses. We had met and interacted in the past as I had given her an empty cigar box I purchased at a thrift store but no longer needed.

1. Premeditated Obsolescence: While I was doing laundry beside the manager Cassandra's office, She was loudly offering an interview at 9:30 about the serving position, the same time that I was offered a customer service call earlier on that she had overheard. She was full-well hinting that she wanted me to apply to work there by doing

so. I approached her about the job and she immediately conducted an in person interview at the restaurant's bar and had me hastily fill out the employment application. The owner David was fishing for interactions with me on the other days where I was doing laundry next door to the restaurant. We had interacted once in the past and he would always come by when I was doing laundry. He would sweep nothing with a broom outdoors and would stare in my general direction.

2. Bait & Switch: I asked the manager why there were not many employees working for her anymore during my interview. Cassandra claimed that there were many issues of employees doing drugs and stealing. This was later found to be a complete lie as the following day it came out that 8 members of her staff had collectively staged a walk out and quit. Furthermore, she was the one often intoxicated while on the job. This was the first of a few instances of the hiring manager lying and using bait-and-switch tactics.

3. Bait & Switch: During the interview, I posed questions about the specifics of my employment. Cassandra let me know that should I be hired, I would be working Mondays, Tuesdays, Wednesdays, and Thursdays for at minimum twenty five hours per week. At the end of the interview, with a 'wink and a nod' (just a nod and a smile actually), I was told to await her 'consideration' of my application. I was later hired. The official schedule later produced showed that the amount of work hours proposed to me in my job interview were not at all adhered to. She failed to deliver on her word the terms of my employment as discussed during the interview. She neither provided the schedule in a timely manner nor did she schedule me for the agreed upon days and hours that she had discussed with me. She scheduled me for less than half the promised hours. She went so far as to scheduled me to work on days we did not agree would be scheduled. This shows another instance of the manager lying and using bait-and-switch tactics.

**8/30/2025**
On August 30th, 2025 I worked at the 60's Cafe and Diner from 5:30pm to 11:30pm. I did a great job. I was thanked for coming in and performing very well about an hour after being officially hired.

4. Dishonesty: I was contacted on August 30th, 2025 -the day after my interview- and told I would have the job. The manager Cassandra mentioned that Labor Day weekend was going to be tough and that she had not yet added me to the schedule. I agreed to come in that very same day with just an hour's notice as she was expecting to be unable to manage the overwhelming Labor Day (weekend) crowd. The manager was relieved I offered and invited me to come in then. This praise for my offer to help was later repeated days later as a thanks because the restaurant got very busy. Cassandra admitted she would go into the kitchen and cry when the restaurant got overwhelmingly busy. I hit the ground running and began serving customers that same day. I worked from 5:30pm to business close at 11:30pm. I did a great job serving and I completed many closing tasks on my own. My ability to perform my job was not at all up for questioning as was later hinted-at upon my termination.

2

5. <u>Racism:</u> At one point, Annie told her new cook coworker: "His kind of people need to learn to give their money". This remark was made before the end of the night when tipping out occurs. I was not provided the opportunity to show that I would share the mandatory tips. This clearly had nothing to do with my restaurant performance, it was directly indicative of racism as I had not even had the opportunity to be judged for how I tipped the kitchen. Annie made it very clear by way of word choice that she saw "my kind" as an inconvenient race of sorts. I overheard this as I was in the kitchen for a moment. We had barely interacted and she made it clear that she despised me. This could be alluded to by her other behavior later if her choice of words weren't enough. I was verbally reprimanded for expressing dismay for the racism, discrimination, and bullying I had experienced at Annie's hands. Cassandra claimed my allegations of aforementioned racism were 'unfounded' during my termination. When I brought up the instances of discrimination, she refused to allow me to elaborate. She also refused any attempt of mine to address the issues brought up in person before my termination. When I proceeded to try to socialize with Annie at the end of the night, she was so drunk she just wanted sex, which I gently turned down. My allegations and concerns are founded on experiences that I even discussed with the manager. The manager, Cassandra, and the owner just decided to engage in a retaliatory termination of my employment for bringing forward the repeated instances of my mistreatment and experiences of workplace inequality. This is entirely unsurprising as Cassandra herself was present for and was even seen laughing about the issues being caused to me.

6. <u>Hostile Environment:</u> During my shift, when customers had questions or special food requests for the kitchen, I naturally attempted to speak to the cook Annie. Annie, who was in the kitchen, mostly completely ignored me and often gave unhelpful and entirely sarcastic responses about me to her coworkers. This rude and discriminatory behavior and racist statements were only exhibited towards me. If I approached her with a question, she would just roll her eyes and ignore me. I had to involve a manager for her to interact with me at all. She would then mock me to the employees and even managers themselves who joined in on the workplace harassment. This was a repeated experience on my first day where I needed to approach her about special requests from customers to see whether or not they were possible. I mentioned this issue to Cassandra at work and she refused to rectify the situation. I resorted to having to text her about workplace bullying, racism, and harassment and she continued to ignore me.

7. <u>Substance Abuse:</u> As I worked that day, Cassandra and a server named Wes were smoking marijuana outside while they worked. This is acceptable for servers to do under Oregon law as they were actively serving alcoholic beverages including the ones to be served to my tables. Their eyes were blood shot red and glazed over as they walked stiffly. No matter, I continued to do a stellar job as a server.

8. <u>Blatant Discrimination:</u> Annie continued her usual behavior of looking away and ignoring me when I spoke to her, even after our shift was over. As she drank liquor at the bar, she even rolled her eyes and mocked me in whispers to others.

9. <u>Collective Discrimination:</u> At the end of the night, I began to perform closing activities. Cassandra had me take care of the closing tasks while she, Luis, and Annie drank several shots of liquor and got very drunk. None of them helped me with the closing tasks that took a couple of hours for me to complete. Instead, they discussed how they didn't want to help me while laughing at me. They admitted everyone usually completes these tasks together. I cordially tried to engage with their conversations and socialise with them at the end of the night, even while I worked on completing the closing tasks alone such as sweeping and mopping the restaurant. Instead of being received as well-meaning, I was ridiculed with eye rolling by Annie, snide remarks under her breath, and being ignored when I gently responded to her audible insults. They repeatedly stated that they didn't want to help me complete closing tasks as usually everyone should help. They plainly stated the intentional inequality without provocation as they drank shots of liquor.

10. <u>Substance Abuse:</u> Annie had taken about four shots of liquor at the end of the night. According to my mandatory liquor permit training that I had to pay out of pocket to work here, Annie was legally intoxicated. At her estimated bodyweight of 120 lbs., she was at about .15% blood alcohol. This is half of the way to .3% blood alcohol where there is high risk of possible death for that bodyweight according to Oregon's Liquor Permit training. This extreme intoxication in the workplace is not excusable seeing as Annie and the managers had a hard time being cordial with me when sober. Annie's behavior towards me was ignored by the managers when she was drunk and sober alike. This culture of being intoxicated at work was matched by management and was commonplace through my employment there. Cassandra had stated looking forward to going home and taking concentrated amounts of marijuana. This hostile work environment was resultant of their individual behaviors, staff and management alike. Their behavior was partly a result of their substance abuse on the job. This negligence of allowing substance abuse on the job is therefore being brought forward as a contributing factor to the workplace abuses that I endured. The degenerate behavior and lifestyles which interfered with alcohol service laws and food safety were being used to squeeze me out of a job. My manager's and coworker's constantly warped experience of reality due to their intoxication should not mar my reputation or have a negative bearing on my employment. I did not do heavy amounts of any substance on or off the job. This negligence of substance abuse that contributed to my mistreatment and my experience of a dysfunctional workplace is the business's responsibility. I do not state these otherwise unspoken brutal observations as an insult but rather to bring a legal credibility to my well recollected version of events and experiences. My managers however did not have a recollection of events to such a degree where they might have a conversation to reflect on my performance or even attempt to coach me on any issues. In fact, when Cassandra later terminated me, she simply relayed that the owner wanted me

4

terminated for reporting a critical food safety violation and workplace harassment issues that exposed them to legal liability. She then appended that statement with the notion that I was also being fired for other reasons. When I inquired what other reasons, as I knew of none -as a star employee- she was not able to come up with any excuses and reacted by ushering me out of the door. This is later discussed further in this filing.

11. Sexual Impropriety: Annie began to slur and bat her eyes at me slowly, colloquially known as [explative]"f**k me eyes". I did my job and pretended not to notice because I was made to complete closing tasks while they drank. Luis began to hit on Annie as I did my job as specifically instructed to while they drank shots of liquor. Cassandra proceeded to loudly discuss how sexy she found me to be. I politely thanked her and kept doing my job to avoid impropriety as she mentioned having a boyfriend. After this night she proceeded to not make eye contact with me as we worked together as she likely felt rejected rather than gently let down. It is not my burden to date someone who has the leverage of my employment nor should it ever be.

12. Sexual Abuse: I was later treated with further disdain and disregard for not engaging with the staff in a sexual manner. I was being as polite when I changed the topic of their flirting with me to a thanks for the flattery. I was professional and maintained a reasonable boundary. Their cruelty in treating me with disdain coincided with my rejecting them sexually and them not taking it well. My treatment went from being mistreated by Annie alone to from then on being bullied in an unplayful manner by Annie, Cassandra, Luis, the new cook, and outsiders who had shown up to the workplace on 9/2/2025 in a blatant concerted effort of trying to get me fired. Cassandra, the manager,  sexually harassed me herself and later mistreated me for not sleeping with her by refusing to look at me. She later falsely alleged -on video- that my workplace related communications were inappropriate. All of my workplace communications were appropriate. She tried to hit on me and I was gentle about it, too. She was lying about my behavior to cover up their own blatantly unacceptable behavior. I was being retaliated against for reporting my being abused.

13. Contempt: This was not Luis' first time being combative and confrontational to me without provocation. He had come in early on in the day and posed as a stern customer during my past shift. He still wore headphones and struggled to communicate which made it easy to recognize him. Luis does not clearly and effectively speak English. He just gets by, which I would never discriminate against him for. At one point at the beginning of the shift earlier on my first day, he yelled at me and said "right now!" for not understanding what he said. I sincerely apologized and calmed his high temper. Later that night he admitted that people don't often understand him because of his thick Spanish accent and limited English speaking. I politely tried to alleviate his blame by telling him he spoke clearly and that it was the responsibility of other people to understand him; I just wanted to keep my job. The record deserves to know the truth that surrounds my experiences no matter my earlier politeness. The reality is that his vocabulary is very much lacking and he struggles to convey his thoughts clearly and

5

often misuses English words. Luis, when managing this fast paced restaurant, was not conducting himself as a competent or capable manager and admits to having communication lapses. This is further negligence on the restaurant's part for holding me responsible for his difficulty communicating. This singular conflict was resolved and then forgiven at the end of the night. This issue could not at all be related to the supposed "other reasons" Cassandra broadly suggested as the reason for terminating me. This one and only confrontation the business's manager created with me was excused by themselves as being their own fault and thoroughly explained to not be my fault. So it can be confidently asserted that Luis the manager was exhibiting issues of aggression and anger when he yelled at me for his own miscommunication issues. The owner knowingly hired and charged Luis and Cassandra with being my managers. Luis struggled to speak clearly and effectively and mostly ignored my questions. Even my "good morning" when said in Spanish("Buenos Dias") -his mother tongue- was ignored. To willfully put someone who cannot communicate effectively, chooses to ignore communication entirely, and then neurotically reacts with aggression to his subordinate for his innate problems should not be made my fault or justifiably result in my termination. I was extra cordial and polite when handling his limited English vocabulary. Him being incapable when in charge of others is the owner's own problem and not the fault of a competent, well-meaning, and extraordinarily performing new-hire employee like myself. I was given special thanks, cheerful notes on receipts by customers and high praise from management and even the kitchen staff. I worked well with and got along with all coworkers, even those who only spoke Spanish. I was not the remarkably problematic individual as they later implied upon my termination.

14. Hostile Tone: That night, I texted Cassandra about the abuses that I endured throughout the day and that I was being set up for failure by bullying and lack of effective communication by the restaurant management and staff. Cassandra did not ever respond to my reasonable concerns neither by text message, phone call, nor in person. She simply ignored the bullying and discrimination happening in the open and eventually participated herself. She effectively shut out any channel of communication with myself, her employee. I was later terminated for the concerns that I had specifically brought up but management ignored. The reason for firing me was that I dared communicate to management the issues occurring in the business. I did not even bring up the managers' mistreatment of me. I was later explained to be a legal liability by ever bringing the concern to my hiring manager and trainer, Cassandra. The in-person attempt to resolve my concerns went postponed until termination. The later text-message journals sent at the end of my shift went ignored and even cited as an excuse for a retaliatory termination. The later phone calls responded with "don't talk to me about work, I'm not on the clock." Annie and herself were admittedly friends and I was punished for their bullying by being shut-out and ignored. This immature behavior was later responded to with an immediate termination.

I was told to come in the following day at 10AM for my next shift by Cassandra.

6

**8/31/2025**

I came in on this day on August 31st ready to work and continued to do a stellar job as a server.

15. <u>Defamation:</u> When I came in to work that morning, I got right to completing opening tasks. Luis the manager asked the kitchen staff in Spanish if I was being an effective employee several minutes later upon his own arrival. The kitchen staff emphatically and loudly announced that yes indeed I was great. Luis must not have thought I had understood the Spanish statement but I speak and understand some Spanish. Therefore, by their own feedback, my performance was reflected as excellent, much contrary to their later allegations of there being any issues while terminating me. Even by the measure of kitchen staff who mostly share a language barrier with me. That likely lended to why there was a self-admission by Cassandra that my termination was a cover-up firing stated as: [sic] "because of legal liability as well as for 'other reasons'". When I asked her if she had made up any 'other reasons' yet, she had no response. A cover-up firing of myself was effectively admitted to by the hiring manager who could not keep staff. This was a defamatory approach to addressing their liability for negligence.

16. <u>Discrimination:</u> I was cut from my shift early on the days I worked despite doing a wonderful job. 'Wes', who is usually a busser, was made to take over serving duties only after I got hired. Before then he admitted he was a busser that only served when he had to. This sudden coinciding change of plans making him take on the workload that I was promised was being done to rob me of employment opportunities. This was done in an effort to limit the amount of hours that I worked and that became a trend that demonstrated discrimination against me as compared to other employees -even a similarly new one- in the same server position. Further theft of my employment opportunity was the manager's decision to repeatedly send me home early. This happened for three of four shifts that I worked. At one point she stated she had to send me home so that David doesn't get mad. This spiteful series of acts goes against my earlier requests for shifts and hours. Even a new server, Ben, who was hired after I was hired was given preferential treatment in regards to being allowed to work his full shift and in other matters. The decisions made to give him preferential treatment were not based on his ability to do his job either as I often picked up his slack by serving his food and drinks and resolving his mistakes at his designated tables. Being treated with discrimination in many facets of my employment was not resolved by attempting to discuss the discrimination with my manager. I was punished for wanting to be treated equally by facing retaliatory termination.

17. <u>Discrimination:</u> Cassandra wanted to hog the Labor day work day for herself and her friends. Servers like to work days that bring in a lot of customers because that means a lot of tips. Instead, the busser, Wes, who was open about just wanting to be a busser, was suddenly forcibly promoted to server. He had been just mostly bussing tables since I got hired. He was not made to serve because the restaurant needed him to displace me either. I offered to work the holiday. He was made a server in order to marginalize me in a bullying fashion. Cassandra boasted about giving him more than 40 hours that week.

7

Cassandra announced Wes' sudden increase in hours mid conversation just after I had politely requested hours from Cassandra. She did so with a malicious smile and stare. I was only getting 12 hours per week, others, including new hires in the same role, were being given more hours than me -so it was not a question of seniority. As mentioned earlier, it was not a question of experience or job performance either. I was openly being discriminated against. Bringing my concerns to the manager Cassandra meant my being marginalized. This bait and switch reneging of the prior promised employment schedule was intentional and was also part of the scheme of attempting to enforce financial insecurity and destitution on me. She upped the insult and injury by robbing me of the holiday work.

18. Theft: I had done an objectively better job than the other servers. To spite this, my tables were reassigned to different servers even though I was serving them and the other servers were not keeping up. This was an open air theft of my tips. Note that this extended beyond the usual sharing of tables that servers participate in.

19. Discrimination: Cassandra had been participating in the bullying and had repeatedly told me she would send me the schedule. I had already told the managers who were standing next to each other that I could not download the 'scheduling application' as it would not work on my phone. To that, Cassandra assured me that I didn't have to download the application as she would send it to me. She did not have the schedule created, regardless. Cassandra had promised she would send me a schedule to alleviate my concern. I reintroduced the topic and she again assured me she would send me the schedule to resolve any doubt. She did not ever send me my schedule. Creating and posting a schedule was not an issue in her prior weeks according to herself

20. Devious Obsolescence: I was instead sent a text-message invitation by the other manager Luis to join a schedule for an entirely different restaurant than the one I was hired to work for. This  invitation came in the form of a schedule that could only be accessed by downloading the app on my phone. I had already told the managers who were standing next to each other that I could not download the 'scheduling application' as it would not work on my phone as previously mentioned. They invited me to download the application to the wrong restaurant, 'Pub Fish and Chips.' I was not told I would be transferred to another restaurant. I focused on resolution to the issue of my inability to access the application that required me to download it. The only way I could access this schedule is to have my account tied to my email instead of my phone number. I relayed that brief request to Luis by text message. The same communication method he used to contact me with the schedule. The manager Luis did not respond. So, the following day, I had to physically go in to work at opening time ready to work in case I was scheduled that very morning as I did not have my schedule provided to me.

21. Wilful Negligence: I sent Cassandra, the manager, a detailed journal entry text message in which I described multiple instances of Annie being discriminatory and bullying me. I wrote in such great detail that it was not at all up to interpretation just how blatantly

8

cruelly I was being treated in the workplace. I described what occurred, what reasonable efforts I had made to deescalate and resolve the conflict, then I described how Annie simply was refusing to be at all cordial, and then I requested that Cassandra please address these concerns as I had exhausted my options and it was interfering with work. Cassandra ignored both of my text messages.

22. Wilful Negligence: One of the issues I had described was that I was eventually made to serve a raw burger patty by the problem discriminator, Annie, as a life threatening retaliatory act because Annie did not want to have to remake the customer's burger as the customer had requested:

> 1. I placed the customer's order.
> 2. The customer requested the late change of going from 'well done' to medium-rare.
> 3. I got permission from Luis to have it remade as I was new to the workplace.
> 4. I then politely requested Annie act on these instructions.
> 5. I was then denied. I politely requested again and she again refused.
> 6. I then let Luis know of her refusal to do her job and thus my inability to do mine.
> 7. Luis then put the order in on my ordering device and had to enter his password to do so, sending it to Annie in the kitchen.
> 8. I then relayed to Annie what had occurred to remove all doubt.
> 9. Annie then sent out raw beef patties in a malicious act of what she felt was defiance to me but was actually just giving a customer a raw patty. I was told, is not something customers ever experience there.

My detailed recollection of what had occurred such that Cassandra not let people's lives be put at risk because of an immature racist was perceived not as a problem that needed to be addressed but instead was acted on as though I was threatening the restaurant with legal issues. This was not the case and even wrote as much in my text message to Cassandra. My valiant attempt to resolve the critical health and safety issue at hand resulted in me being terminated. My own concern was customers being put at risk first and foremost. A secondary issue was the premeditated defamation of me by my being made to serve customers appalling food and also the ramification of being left with no tip. My honest and effective communication was punished with a swift termination of my employment by a manager that does not communicate - at all.

23. Wrongful Termination: Cassandra described that I was being fired because the owners feared the liability of my being discriminated against and because of the health safety violations of customers being served raw beef patties in their burgers. My communications with my manager about the instances of discrimination that had been taking place were described as inappropriate for me to send her. Furthermore, Cassandra boldly claimed that the repeated abuses that I had experienced could not be assumed to be racism despite my prior raising an issue of how I was spoken to and

9

treated by Annie. Cassandra furthermore alleged that there had been other issues 'already discussed' that were to also contribute to my termination. I was not spoken to about other issues nor did I receive any coaching regarding any supposed issues. The one time Luis yelled at me it was because he struggles to speak English and I misinterpreted something he had said. I apologised, explained myself, and was told by Cassandra not to worry as he usually manages Pub Fish & Chips. He admitted his broken English is difficult to understand at times. Cassandra assured me it was not an issue at all and that I was doing a very good job serving for someone who was only hired very recently. Cassandra relayed this reassurance to Luis as well. So, to be clear:

    a. I was terminated for supposedly sending inappropriate texts, a text that just described workplace issues. Inappropriate being her descriptive word of choice despite her calling me sexy as she was drunk at work just nights earlier.

    b. I was terminated for daring to put it into text that I was experiencing racism, discrimination, and raw food being served as she and the owners found the issues coming to light as being a legal liability. They are blatantly burying the issue of what has done to me by firing me.

    c. I was supposedly fired for 'other issues already discussed'. I sought clarity and was refused any. It was not an issue with how I asked one more time and she ushered me out of the door.

My reasonable, responsible, and professional efforts towards conflict resolution with a racist and food unsafe coworker were retaliated against with punishment. I was punished for escalations and abuses by others.

24. Intentionally Uncommunicative: I was effectively unallowed to communicate with my managers Cassandra or Luis. I was repeatedly ignored inside of the workplace and outside of the workplace by text and phone in order to set me up for failure. I made direct reasonable efforts to address employee harassment and misconduct by her which effectively shut me out from having any dialogue by phone call, text message, or in person. When the other employees' acts of abuse reached extremes of serving raw burger patties to customers, I was summarily fired for documenting it in a text message to Cassandra. The burger patty that was meant to be medium rare was effectively raw ground beef marmalade and the customer spread the meat like jelly across their plate in a demonstration of the uncooked beef. This burger was sent this way to the customer in retaliatory fashion because I dared follow management instructions and requested the cook Annie, who hated me with no good reason, remake the burger. The ineptness of management in their inability to manage people to the degree of not managing to deescalate a concern of discrimination and workplace harassment should not be held against me and result in termination.

25. Intentionally Uncommunicative: I was told by Cassandra that I would be told what day I was going to be scheduled for my next shift as Cassandra, the manager had not yet created a schedule. I clearly and effectively communicated to both Luis and to Cassandra -in person- that my cell phone does not accept the uncommon scheduling application like the one they were hoping to have me install on my phone. Cassandra

10

assured me that the phone app was optional. I further explained that I would need my first schedule sent to me as Cassandra had not completed it and posted it on the fridge as she claims she has done in past weeks when I was not yet hired. Cassandra repeatedly reassured me that she would send me the work schedule. She did not ever send me the schedule and insinuated over the phone that she was going to fire me when I confirmed my being scheduled. I saw the effort to force me to miss a shift by virtue of them not communicating when my shift would be as further red flags that they were setting me up for failure. Cassandra stated that she would send me my schedule as soon as she had it ready. She never sent it. I had a shift that I would be late to or even miss had I not been suspicious of her dishonesty.

26. <u>Premeditated Obsolescence:</u> Luis sent me an invitation to the same restaurant scheduling application that did not work on my phone the day before as I explained to him and Cassandra. He sent this via text-message. Instead of tying it to my email as discussed, he instead associated the account to my phone number.This required the application to be installed on my phone in order for me to have access to the schedule. This was already explained to Cassandra earlier and she said she would send me the schedule. She did not send me the schedule. Luis sent me a link to that nonfunctional scheduling app despite the prior discussion. I sent him a text reiterating that it did not work. I politely request he remedy the invitation to the wrong restaurant's schedule by associating my email with the application -a troubleshooting workaround. Luis ignored my message despite it being verified that he had received it. Cassandra as stated never sent me my schedule despite explaining that the phone app was not necessary.

27. <u>Managerial Incompetence:</u> Luis had invited me to be scheduled with "Pub Fish and Chips" instead of with "60's Cafe and Diner." There was no direct discussion of my transfer to a different restaurant nor any reason to assume so. He did not respond to my attempts to communicate with him via text-message.

28. <u>Managerial Complicity:</u> Annie stood in front of the fridge as I was bringing a large tub of "burger sauce" back. She had seen me remove it from the fridge as I was completing my mid-shift checklist. She was attempting to prevent me from being timely and did so in an obviously confrontational manner. I had requested that she allow me to put something in the fridge. She just perked her butt out and turned her head to the side. Other employees were watching. Even if she was trying to provoke an allegation of sexual harassment, she was getting in the way of me doing my job. If she was trying to hit on me, I had a tub of burger sauce in my hands. After politely addressing her a few times and her ignoring me, I placed the tub in the fridge. As soon as I left the kitchen back to the sauce area in the 'front-of-house', her coworkers tried to stifle laughter by smiling and looking at the floor. This included the cook and even included the manager Cassandra.

11

29. <u>Sexual Extortion:</u> At the end of that Sunday shift, I gave Cassandra my new-hire documents. She suggestively 'accidentally' showed me a photo of her butt in tight white and blue underwear as she pulled out her phone.

30. <u>Discrimination:</u> I was cut and sent home early on this day. There was no reason it had to be me specifically that was sent home as there were other servers. Cassandra targeted me to have less opportunity.

**9/1/2025**

31. <u>Managerial Incompetence:</u> I still had not yet received my schedule as promised and would have to go in the following day to see if I was meant to work at that time due to Cassandra's managerial incompetence. Cassandra's admitted intoxicated lifestyle of being under the influence at home and being under the influence at work makes her culpable in the abuses that I endured. She shows up to work all spacey and uncoordinated. She then tries to shift blame to untrained newhires like myself. I was meanwhile complimented by everyone else including cooks for being an incredibly helpful and fast paced employee. There were accolades written on receipts kept by the business. Cassandra admitted she is new to management and just a week earlier, an entire restaurant team walked out on her and left her unstaffed and crying in the kitchen repeatedly. This gross incompetence both on her part and malicious blame shifting on her and Luis and the owners' part then culminated in my wrongful termination. Worse yet malicious actions were taken to create a false record of incompetence on my part.

32. <u>Inequality:</u> I was not scheduled to work on this busy day that would pay very well out of an act of maliciously preventing me from having opportunity. Servers and bartenders like opportunities to work busy days, Cassandra knew this. I wanted hours and that was communicated to her. She intentionally and openly making it clear to her coworkers that I would be discriminated against by her too as she announced to them that I would not be working that day. She had a busser who admittedly doesn't like taking my serving shift working the busy holiday as well as another server named 'Ben' who was less senior than me. He mentioned getting over 40 hours that week. Cassandra announced to the Busser Wes that he would be getting 40 hours.

33. <u>Intentionally Uncommunicative:</u> The reasoning of my not being allowed to work Labor Day was not in the interest of me taking my liquor permit course. I had been allowed to work without it as I was hired on and started working the same day of my hiring. I had been serving food and instructed a coworker to serve my customer's alcoholic drinks. There was a system in place to allow me to do my job until I got my liquor permit. I had already let Cassandra know that I needed to go to the library in order to use a computer to get my Oregon liquor serving permit. I let her know that the library was closed on Labor Day. She immediately threatened my job if I did not get my liquor permit before my next work day regardless. I spent my own money and I spent hours taking the course with my phone on the holiday that I was not allowed to work. She was setting me up to be terminated by not having my permit completed on my day off. A day off I had

12

informed her my computer access would not be available as the library was closed. Nonetheless, I found a creative solution and completed the four hour process to receive the Oregon state alcohol-serving permit on Labor Day(9/1/2025) despite my being set up to be uncredentialed on time. Worse yet, I was scheduled the day after(9/2/2025) without being told my schedule. So, I was set up for failure by their attempt to force me to not be credentialed on time for a shift that I would not be informed of. I sent Cassandra confirmation of my credentials over text message. This message went ignored by her, like everything else. I was terminated the day I came in for the schedule I was not informed of. Cassandra admittedly had no excuse to terminate me and did so because the owner was worried about the legal liability of the issues I had sent in.

**9/2/2025**

34. <u>Malicious Discrimination:</u> I went to the workplace at 10:00AM just to check the schedule. This was done to see if I was supposed to be there. This verification of my schedule was necessary because I was not communicated the schedule by Cassandra as she had twice promised two days prior. I showed up ready to work in case she scheduled me that morning without telling me. She had scheduled me just a few hours later. I asked her in the preceding days, twice, to make sure the schedule would be sent to me. Both times she told me she was still making the schedule and would send it to me after she was done. I took the precaution to protect myself from their clear pattern of intent to screw me out of a job while making it seem that it was my fault. When I came in that morning, only kitchen staff were on site. I resorted to asking the kitchen manager about my circumstances. He suggested that I call Cassandra. I proceeded to call her. I had let her know that I just called to address the schedule. I was immediately told "I do not want to talk about work when I'm not on the clock." Against her version of logic, the only reason I knew I had to show up for work that day is because my suspicion that they were setting me up for a 'no-call, no show' was true. Cassandra reacted negatively to my affirming the schedule she had posted and insinuated her intent to fire me by saying, "we'll talk about that and other things." All she later talked about was terminating me because the owner was scared. Note that I called her about my schedule that I was not informed of so that she could know that I had seen the schedule and was going to be dependable by coming in that day. She had repeatedly promised to send me the schedule and never did, even though she scheduled me without telling me. Despite her disservice and setting me up for failure, I worked through the issues of her mismanagement by being cordial and polite. This deliberate effort to try to make me miss a shift is undoubtedly Cassandra's doing to force me to be a no-call no-show. The deliberate sudden enforcement of a liquor serving permit deadline at a very inopportune time was meant to set me up for failure by forcing me to not be credentialled on time. This nefarious pattern of abuse was only experienced by me. When those corrupt abuses did not interfere with my employability, they resorted to bringing in outsiders on that day to berate me and harass me. It very much seems I was not supposed to solve the problem of not knowing

13

of having a scheduled shift. She was not happy to hear that I would be coming in to work.

35. Abuse: When I showed up to work, I greeted the manager Luis who stood at the register. Luis just angrily stared at me. I left and came back to let him try again. This time he stared at the counter. I politely gave him the Spanish greeting "Buenos dias"(Good Morning). He continued the business's discriminatory trend of ignoring me. An emotional-abuse tactic that culminated in my documenting my mistreatment rather than culminating in my being provoked. There was no underlying reason for anger towards me save for his prior suggestion of sex with drunk Annie. I proceeded to go about my day and did an excellent job as a server.

36. Set Up: The only other available order taking tablet that was not in use by Luis, who was working as the other server, had a broken case. It was carefully placed back together in such a way where they might pretend it was the next person that broke it. I simply put the broken part of the case on the counter and got back to work using the functional portion. Considering their other divisive tactics, this is worthy of mentioning as it was likely a planned effort to make me appear to have broken the already broken order-taking tablet case.

37. Lynch Mob: An older female from a neighboring restaurant McMenamins -also in David Emami's plaza- came by and kept acting suggestively and showing me suggestive photos on her phone - of Diana Emami, David's wife. I highly suspect this was her in disguise. She also kept trying to distract me from serving other customers. She would literally yell across the restaurant to try to captivate me and distract me. She had also admitted to knowing of me and having seen me on a date carrying a girl up some stairs at a nearby beach. She admitted to having worked for David Imami for many years. This woman then hurriedly put out disparaging remarks about David in an effort to provoke an workplace inappropriate response from me. When I kept things polite and professional, she discussed the last eight employees that had walked out of the 60's Cafe and Diner where I was working. Everything about my interactions with the woman who looks David's age seemed so curated and instigating. I very reasonably suspect she was sent to try to curate a negative observation of me be it sexual harassment, or badmouthing, or bad serving. Nothing she was saying was above board for me to discuss while being workplace appropriate. I did my job and kept things cordial despite her best efforts.

38. Lynch Mob: A person called the restaurant and claimed to be the Chief Technical Officer of Uber. There were no managers available so I suggested they call back when Cassandra was in at 5:00pm.The CTO once again requested a manager to which I once again suggested that they call at 5:30pm or at 6:00pm to speak to the manager as Luis had gone to the business on the other side of the plaza if not to lunch. Cassandra, the other manager, was scheduled to arrive at 5:00pm and has less trouble speaking English. To be very clear, it is not at all normal for a corporate officer from a business with a market capitalization of $200 billion dollars to be making cold calls to a fast-casual

14

burger joint. The supposed corporate officer instead was participating in the campaign to have me wrongfully terminated, undoubtedly. The scheme to get me forcibly fired was larger than Cassandra.

39. Lynch Mob: A caller with the same voice as David Emami, the owner and a notable character who often hangs around the restaurant and the next door laundromat during the evenings. I met him when I was doing laundry weeks before being hired. He called in and tried to claim he lost his credit card. He used a fake name and there was no credit card held by the restaurant in the lost-and-found area by that name. He had sent me on a fool's errand. When I did not find any card with the name he gave me, I let him know that I was a new employee and maybe it's best they call back when a manager might be available as I don't know my new job's protocol for sensitive information nor where forgotten cards are hidden. He proceeded to angrily argue a tirade of frustration about the impossible task he had provided me. He began to discuss how incompetent I must be for not finding his lost credit card. He spoke with a strange accent just as David Emami does. He continued to try to instigate back-and-forth insults but I did not take the bait. I repeatedly and gently tried to get a word in edgewise to end the conversation that was going in circles because I needed to tend to my customers. Like the earlier visitor, he was very unhappy that I was going to set his nonsense aside and do my job. This was an intentional effort to portray me as combative by their provocation. This was an intentional attempt to distract me from my job by their contrived abuses.

40. Lynch Mob: Not long after, a plain clothes came in, walked up to the counter, and identified himself as Sergeant Brute. He then asked me what my name was, then walked right out. He had aggressively attempted to interact with me in the past at a local bar where I was playing billiards with some strangers. He self identified as a plain clothes officer and tried to interrogate me about 'where I was really from' he had a very hard time realising he was overstepping and being racist. He let me know that he and his police buddies were "[sic] going to have me put in a straight-jacket so they can take my money.' It was interesting that the business owner's small town's lynching included this very same alleged police officer who had already determined that I was not welcome.

41. Lynch Mob: A caller asked if the laundromat next door was a full service dry clean. I said no and that it was just a coin laundromat. He tried to prolong the discussion to distract me as the earlier callers had done. His discussion was steered towards making me repeat myself. I did not allow him to do so. I have no doubts that his obvious question that was handled by a next door burger joint was meant to simply add to the effort of inundating me with distractions.

42. Lynch Mob: Towards the end of my shift a new cook reached his arms above his head and leaned back as he looked at me through the food window and exclaimed "I feel like I'm being edged." A sexual expression, so i pretended to not have heard it so as to not take his bait in participating in an inappropriate workplace discussion. This was another attempt of his to bait me into an inappropriate conversation as though they were fishing

15

for an allegation of sexual harassment against me. I did not feed into this tactic. When I simply ignored his out-of-place statement, he stared at me. This was another attempt and failure of getting me to participate in a workplace inappropriate discussion so as to justify my termination. I did not capitulate so they admitted to wrongfully terminating me.

43. Lynching: I was sternly told to do the mid-shift checklist because I was -yet again- being cut from my shift. Part of that checklist involves refilling the to-go ketchup packet container. It was low and needed refilling, per the checklist. I went to the kitchen where the box of packets usually is. The very large box was missing. It was full just two days before so it could not have run out. I knew to go to the storage a couple doors down from the business. It was locked. I went to the manager's office next door inside the laundromat to ask for the key. Cassandra pretended to take a phone call just as she opened the door to further -yet again- deny me conversation with her. This obvious fake picking up of the phone and putting it on her ear that I witnessed as she opened the door was done specifically to force me to not have completed the checklist as instructed. I even asked for coworkers to help me find the ketchup and they too determined that it was missing. On the checklist, I circled the item many times and noted that 'I could not access the locked door'. This attempt to limit my ability to do my job so as to contrive perjury of my inability to do my job was painfully obvious.

44. Theft: Luis repeatedly took my tables, reassigned them to himself, left me to tend to all his tables, and then kept the tips. This even occurred when he left the restaurant for hours. Once again, this was done to tables he left untended to while he left the restaurant for an extended period of time. He even eventually left after assigning himself plenty of tables. This was done in order for him to be entitled to the credit card tips received from said customers via the system's payment record system.

45. Dishonesty: The manager Luis let me care for the restaurant on my own for hours at a time just three days into my being hired as a server shows that there was an underlying understanding of my competence and of my ability. I was very much trusted to not only do my job but also keep an eye on the restaurant as the sole 'front-of-house' employee. I was very much understood to be worthwhile in the eyes of the managers who had me come in during the busiest days, who left me to manage, and who had me train their other new servers. This further brings into question the credibility of the managers and owner, who admitted on video to terminating me for sending thoroughly descriptive experiences of discrimination and unsafe food being served.

46. Whistleblower Retaliation: After completing my mid-shift tasks, Cassandra told me to clock out and meet her in the office. I clarified congenially that, like the thorough text messages, I needed to record our discussion as I was being discriminated against. She nodded in understanding. I was then taken to an office and summarily fired with explicit admission and confession that it was out of retaliation for my having addressed concerns of racism, discrimination, and food safety violation. The owner took issue with me daring to mention discrimination and raw food being served. Racism was called into question as

16

supposedly being unfounded. It was stated that my concerns made me a liability and summarily fired. This was stated by her with full knowledge that It was on video record. She specifically claimed and acknowledged this was the owner's reasoning and decisions being carried out by her. She saw no issue with participating in the retaliation nor in admitting it to me. She claimed that my allegations of bullying, marginalization were unfounded.  She claimed that the issue of Annie serving raw beef to a customer out of retaliation was 'handled by Luis' -the manager sleeping with Annie. Cassandra stated that my thorough documentation of my discrimination 'bordered on inappropriate'. She stated this like a teacher reprimanding a pupil for misbehaving. I was not intoxicated, racist, or abusive on the job. All of my allegations are factual and I kept a very thorough record of them that could likely be verified on security cameras if my own video recordings do not suffice. This includes footage of the dangerous beef burger patty that was so uncooked that the disgusted customer spread it on their plate like it was a red meat marmalade. It was effectively their decision that I was in the wrong for having served the raw burger and having an unsatisfied customer who did not tip. Cassandra just averted any thorough and considerate discussion of this matter by changing the subject and alluding that there were other reasons for my termination. There were no prior issues or warnings or coaching that was ever discussed with me. In fact, when all the staff were together at the end of a shift, I asked them all for feedback as I was a newcomer and wanted to be considerate of all employee opinions and not just the manager. The staff collectively told me that I was doing an amazing job as their new server. One having said "you having showed up to work is half the battle." I totally believe this as Cassandra was keeping my schedule from me and setting me up to be fired for being uncredentialed with my liquor permit. So, I told Cassandra to mention the specifics of these 'other reasons'. She was unable to bring up any specifics of the 'other reasons' after having admitted it was in retaliation for the issues of liability i had whistleblown in person and over text message. To my probing for any justifiable reason to terminate me besides the admitted retaliation, Cassandra just angrily ended the meeting and told me to leave. She was caught in a cover up and tried to lie about 'other reasons' yet she was unable to fabricate these 'other reasons' when questioned. Cassandra was unprepared to be challenged about the blatant wrongful termination. Especially as I had avoided all the other traps she and the owner had set up for me on this predetermined final day of my employment.

47. <u>Premeditated Persecution:</u> Cassandra was open and honest about those being the reasons why I was being fired and clarified the business owner participated in making the decision to retaliate. This is unarguably a blatant effort of wrongful termination. Worse yet, a brand new green camping chair was placed in the office where I was to be seated in order to be fired. This was done in a mocking way of insinuating she wanted me to camp in my green car and not be allowed to have a job to progress my life. Their discrimination, racism, and conflicts were deliberately caused to me in an effort to set me up for failure, not just in the workplace, but in life.

Per·se·cu·tion, pərsə'kyo͞oSH(ə)n/
Noun

17

*Definition: hostility and ill-treatment, especially on the basis of ethnicity, religion, or sexual orientation or political beliefs.*
(Source: https://www.google.com/search?q=persecution)
Cassandra knew that my green vehicle was converted into a camper. She and the owner were very-much-so insinuating their intent to put me in my camper while also making it a matter of mockery.

**Wrongful Termination:**

I attempted to resolve the conflicts of discrimination in my workplace in honest, polite, and communicative ways. I performed my job in ways that resulted in accolades from customers, staff, and management alike. I was still summarily fired and told that it was for identifying legal liabilities within the conflicts only imposed on me. My addressing the issues was to prevent the endangerment of customers first and foremost. Secondly, to resolve the workplace discrimination that prevented me from being able to do my job. The manager of 60's Cafe and Diner, Cassandra, plainly stated -on video- that I was being retaliated against for stating my concerns of discrimination and food safety violations. The manager of the business then tried to excuse away the truth by claiming that I was terminated for "other reasons" as well. She was not able to come up with a reason when asked, demonstrating that there were no other reasons. My civil rights were blatantly violated in a premeditated manner by admission of the owner's staff.

This discrimination was conducted in the style of a small-town lynching by the many coordinating individuals who aimed to make keeping my job impossible. I nonetheless handled each of their curated attempts at forcing me out of a job with grace, a polite tone, and a good attitude. This deeply angered my abusers. Particularly my manager Cassandra. Particularly on the day I was put on the schedule but not told to come in such as to be fired. One of the manager's biggest bouts of anger at me was her resentfulness of me when she found out I discovered I was uninformed about being scheduled to work a day she had not told me of and had not provided a schedule for. She had kept my schedule from me for days including on the very day I was scheduled to work as stated in the journal. I furthermore endured a series of telephone calls from three different instigators in one day, I endured a plain clothes officer walking in to harass me on that same day, I endured the owner's associate coming in and trying to provoke ill statements about the owner, and I endured silent-treatment from many of my coworkers and managers too. There is no shadow of doubt that I was discriminated against, set up for failure, and retaliated against in a methodical manner by the business. This discrimination came in the form of racist expressions, discriminatory behavior, and comparatively less favorable treatment.

The owner has demonstrated a pattern of inequality regarding employment opportunities. I was given significantly lesser scheduling, significantly less hours, was often disallowed from completing my shift, and was made to complete closing tasks on my own while others sat and got drunk. I was robbed of more than just the financial opportunity of the job. I was asked for very personal information on my job application such as social security number and banking information. I was subsequently robbed of my reputation in a town of just 10 thousand people where many regulars had gotten to know me by being mischaracterized by my manager as

18

'sending inappropriate texts' and as 'unable to hold a job' when being fired. This planned collective attack on my character and my employment opportunity was a lynching in the year of 2025 in the United States. It was carried out by the owner and the managers and their customer friends, and even callers. Cassandra was often drunk and high and generally incompetent on the job. While the hiring and firing manager's incompetence contributed to the many instances of negligence, the business' collective intent to wrongfully terminate me was willfully malicious. Management and ownership's involvement in carrying out the planned retaliation is absolutely a premeditated act of violating my civil rights and it brings the issues of negligence into the territory of absolute fraud.

The owner specifically ordering my termination and sending in a lynch mob to contrive evidence as a legal defensive strategy was an ordered mob action against me that signifies the owner's pattern of violating employment laws and human rights of employees. See:

> *Perez v. Oak Grove Cinemas Inc., Barrington Management LLC, Barrington Venture LLC and David Emami   -Civil Action Number: 03:13-cv-00728-HZ*

Cassandra, the manager,  was unable to herself justify retaliation for my calm and polite report of concerns to the proper channels and could only describe her disdain for my ever having said anything as "bordering on inappropriate. All of my workplace communications were appropriate and had to be sent by text because she refused to discuss things in person. She is in no place to discuss what is and isn't appropriate as she had tried to hit on me by drunkenly announcing that she found me to be sexy. I was gentle about accepting the compliment and getting back to work. This still resulted in my being treated worse.The owner's associates phoned in harassment and came in to harass me were further experiences of abuse at the business owner's directive. This collective act of negligence carried out by the owner through the business and staff can only be described as fraud and abuse. Fraud pierces the corporate veil that might otherwise offer his personal assets being held liable and separate from those of "60's Cafe and Restaurant LLC" assets. I was treated like I was worth less than the other employees who did not experience these same abuses. On the contrary, other employees were treated exceptionally better than me despite their likeness in politeness and their dissimilarity in their lesser performance. Management also participated in and refused to address the workplace harassment I experienced in the numerous times I brought the issues forward. Cassandra, the manager, herself sexually harassed me. When I gently rejected her and others' advances, I was treated even worse. Both managers refused to communicate with me much of the time whether in person, by phone, or by text message. I was 'shut out' and given 'silent treatment' as another abusive means of setting me up for failure. Luis, the other manager, also gave me the silent-treatment. A coworker named Annie who refused to work with me was never reprimanded for her behavior. This is undoubtedly a series of events that cannot be explained away as subjective nor as coincidential. The owner of the business had without a doubt organized a mob of outsiders and insiders to carry out the assasination of my character and the theft of my employment opportunity and even gave specific instructions to the managers on how to set me up for failure before wrongfully terminating me. The owner of the business had without a doubt violated my civil rights with the hopes of being so clever that I would not have legal recourse.

**Personal Liability:**

19

The instructions to terminate me for addressing me experiences of discrimination, workplace harassment, and raw food being served -came from the owner, according to Cassandra herself, as seen on video. The owner of the restaurant himself preferred to handle his responsibility of addressing workplace discrimination and unsafe food practices by illegally terminating me. This course of action was admitted to by the manager Cassandra as the means of eliminating the liability of unaddressed concerns -as seen on video. This civil rights violation of retaliatory firing of me and the setting of grounds-for-termination traps on a predetermined last day was carried out in a thoroughly malicious premeditated fashion. The owner brought out a lynch mob on September 2nd, 2025. He brought individuals to try to provoke inappropriate behavior from me, try to distract me from my job, and even had multiple people call in to attempt to distract me from my job. When none of those vectors of abuse forced me into trouble, I was summarily fired. The manager, Cassandra, was not capable of formulating a lie on the owner's behalf upon my wrongful termination. She instead hurriedly and blatantly expressed that the legal tactic was to fire me for having brought forward concerns which exposes them to liability. She clarified she was acting on the owner's instructions.

The United States Department of Labor has successfully sued the owner in the past for his schemes of attempting to not have to fairly compensate employees. The court ruling exposes dehumanization, exploitation, and a cover up as I myself have experienced. The owner can be witnessed following this same pattern of disregard for human rights, civil rights, and employment law in the commission of this fraudulent treatment of me, as brought before the court. The business owner's fraudulent actions eliminate limited liability incorporation protections that would offer his business protection from personal liability for actions he carried out through the business. These actions include:

1. Cultivating grounds-for-termination traps to set me up for some sort of justification of my termination numerous times on the final day of my employment alone. This effort to contrive evidence was a premeditated effort of cultivating a legal defense by way of perjury.
2. The owner spends much of his time in town interacting with the business and staff and is known as being the owner by said customers and staff. This demonstrates his use of his business as his 'alter ego' to carry out the organized assault on my personal employment.
3. Failing to operate his LLC -60's Diner and Cafe- as a separate entity from his other businesses also pierces opens up his other businesses to liability.
   a. Despite being hired to work for his business 60's Cafe and Diner and having worked there for two days, I was sent a non-functioning schedule for a different business in his plaza, Pub Fish & Chips. This schedule came without any discussion or response. I was only working at one of his restaurants.
   b. The owner's employee from a nearby McMenamins came in specifically to talk about the owner. She tried to provoke discussions about his business holdings and their properties as if to imply they were together. She described her large properties including one in Hawaii that had burned down. This employee tried to provoke disparaging statements about the owner, David Emami, by saying crude things about him and egging me on to contribute to her vicious remarks. She then

20

showed me sexually provocative photos of herself and her daughter while discussing her golf 'swing' (a sexual innuendo implying her swinger-sex lifestyle and thus willingness to sleep with me). She then yelled to me from across the restaurant as I served other customers saying "hey, im talking to you", urging me to not pay attention to my customers. She was a server for many years at McMenamins and boasted as much. The woman mentioned had an uncannily similar appearance to the owner. As if she was his sister. I did not engage in or further her multiple attempts at a not-workplace-appropriate discussion.

c. The owner would often show up to the restaurant when I was doing my laundry and would attempt to stand in my way or within my vicinity to provoke conversation. Besides a very brief and polite introduction, I avoided what now can be clarified as having been him fishing for interactions with me.

Thus, for multiple reasons, the owner shows that he is not operating the LLC in ways that protect him from personal liability. Namely and most egregiously, his actions of fraud admitted to be a cover up of repeated civil rights violations and food safety violations in the business. I kindly ask the court to remove protections that allow his personal assets to be separate from the limited-liability incorporated business's holdings of "60's Cafe and Restaurant LLC"

**Summary:**
The preponderance of evidence in the forms of video footage, thoroughly detailed journal entries, as well as the verifiable series of events that unfolded as seen in text message demonstrate beyond reasonable doubt and by a preponderance of evidence that the owner of the 60's Cafe and Diner in Lincoln City, Oregon, fraudulently covered up civil rights violations and is thus personally and directly responsible for my wrongful termination, my unsafe work environment, my workplace harassment, my workplace discrimination, my sexual harassment, and of violating my equal opportunity in the business. The owner absolutely violated my civil rights in a willfully premeditated and devious manner just as a lynch mob would. Should there be any further question as to how the wrongful termination and discrimination transpired, I ask the court to consider that security footage and other paper and electronic files and other data can be sought in discovery. I have served a 'preservation of evidence' legal notice to the business by certified mail to the address. To avoid confusion, please note that the business "60's Diner and _Cafe_" located in Lincoln City, Oregon uses the similar name "60's Diner and _Restaurant_ LLC". I kindly ask the court to consider these facts in finding a determination of judgement against the business owner and defendant David Emami and his related business holdings. I seek damages of $10,060,000 dollars for the coordinated effort to purposefully violate my civil rights so as to rob me of employment and housing and retaliate against me for reporting the abuse including serving raw food to unknowing customers.

I am submitting this document to the Oregon Bureau of Labor and Industries, the United States District Court, the United States Department of Justice Civil Rights Division, the Department of Homeland Security Office for Civil Rights and Civil Liberties Division, and the Federal Bureau of Investigation. I will also be disseminating the documented abuses to the public.

21

I have served the business, 60's Diner and Cafe, with a legal notice in the form of a 'preservation of evidence letter' regarding paper and electronic documents to include point-of-sale-system data and security camera footage.

22

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

*FIRMLY TO SEAL*

This package is made from post-consumer waste. Please recycle again.


**UNITED STATES**
**POSTAL SE** | **PRIORITY®**

- Expected delivery date specifi
- Domestic shipments include $
- USPS Tracking® service includ
- Limited international insurance
- When used internationally, a c

*Insurance does not cover certain items.
Domestic Mail Manual at http://pe.usps.
** See International Mail Manual at http:/

# FLAT RATE EN
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INS

PS00001000014

---

**UNITED STATES**
**POSTAL SERVICE.** | *Retail*

**P** | **US POSTAGE PAID**
**$11.00** | Origin: 97367
09/17/25
4048900567-13

**PRIORITY MAIL®**

0 Lb 6.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  09/20/25

C002

SHIP
TO:
STE 740
1000 SW 3RD AVE
PORTLAND OR 97204-2937

**USPS TRACKING® #**

9505 5138 2531 5260 1851 07



---

**UNITED STATES**
**POSTAL SERVICE ®** | **PRIORITY®**
**MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:  Mohammad A. Halloum
General Delivery
Lincoln City, Oregon
97367

TO: U.S. District Court
1000 SW 3rd AVE
#740
Portland, Oregon
97204

Label 228, December 2023          FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.