IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MOHAMMAD A. HALLOUM.

        Plaintiff,

  v.

60'S DINER AND RESTAURANT LLC;
DAVID EMAMI; DIANA EMAMI;
BARRINGTON MANAGEMENT,

        Defendants.

Civ. No. 6:25-cv-01704-AA

**OPINION & ORDER**

AIKEN, District Judge.

On October 8, 2025, the Court granted Plaintiff's IFP petition but dismissed the Amended Complaint with leave to amend. ECF No. 8. Plaintiff was given thirty days to file a second amended complaint and warned that failure to timely file a amended complaint would result in the entry of a judgment without further notice. The Opinion and Order was mailed to Plaintiff at his listed address, which was general delivery in Lincoln City, Oregon. On November 5, 2025, the Opinion and Order was returned to the Court with the notice that it was not claimed from general delivery and the post office was unable to forward the mail. ECF No. 10.

Page 1 –OPINION & ORDER

The time for filing a second amended complaint has passed and no amended pleading has been submitted. Consistent with the Court's prior Order, this case is DISMISSED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___12th___ day of November 2025.

/s/Ann Aiken
ANN AIKEN
United States District Judge